UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|                              |   |                        |
|------------------------------|---|------------------------|
| MARTIN G. BAUM,              | ) |                        |
|                              | ) |                        |
| Appellant/Creditor,          | ) |                        |
|                              | ) |                        |
| v.                           | ) | **JUDGMENT**           |
|                              | ) |                        |
|                              | ) | No. 5:16-CV-840-FL     |
| DOREEN SUSAN BAUM,           | ) |                        |
| Appellee/Debtor.             | ) |                        |
|                              | ) |                        |
|                              | ) |                        |
| IN RE:                       | ) |                        |
| Doreen Susan Baum,           | ) |                        |
|                              | ) |                        |
| Debtor.                      | ) |                        |
| Case No. 14-03283-5-DMW      | ) |                        |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 29, 2017, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on September 29, 2017, and Copies To:**

Joseph H. Nanney, Jr. (via CM/ECF Notice of Electronic Filing)
Christian Bennett Felden (via CM/ECF Notice of Electronic Filing)
Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)

September 29, 2017               PETER A. MOORE, JR., CLERK
                                   /s/ Susan W. Tripp
                                (By) Susan W. Tripp, Deputy Clerk